THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* FRANCIS CARROLL, Respondent.

Submitted October 12, 1937; decided November 16, 1937.

L. *Barron Hill*, District Attorney (*Lindsay R. Henry* and *Harry C. Brenner* of counsel), for appellant.

*Philip Kodner* for respondent.

Order affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.